[No. 28481-6-III.   Division Three.   February 15, 2011.]

THE STATE OF WASHINGTON, *Respondent*, v. RYAN PATRICK TINKER, *Appellant*.

Appeal from a judgment of the Superior Court for Okanogan County, No. 09-1-00091-1, Jack Burchard, J., entered September 14, 2009. *Affirmed* by unpublished opinion per Korsmo, J., concurred in by Kulik, C.J., and Siddoway, J.

[No. 28543-0-III.   Division Three.   February 15, 2011.]

THE STATE OF WASHINGTON, *Respondent*, v. ERNEST JAMES SORRELL, *Appellant*.

Appeal from a judgment of the Superior Court for Grant County, No. 07-1-00691-8, Evan E. Sperline, J., entered August 18, 2009. *Affirmed in part* and *remanded* by unpublished opinion per Brown, J., concurred in by Kulik, C.J., and Sweeney, J.

[No. 29052-2-III.   Division Three.   February 15, 2011.]

*In the Matter of the Guardianship of* JOHANNA H. LEE.

Appeal from a judgment of the Superior Court for Yakima County, No. 09-4-00515-6, Blaine G. Gibson, J., entered April 16, 2010. *Affirmed* by unpublished opinion per Brown, J., concurred in by Kulik, C.J., and Korsmo, J.